```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 17731
    PATRICIA A NJOKU
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-7706


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/04/2005 and was confirmed 08/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED              .00           .00
CAVALRY PORTFOLIO SERVIC UNSECURED         4205.94              .00        420.59
CITY OF CHICAGO PARKING  UNSECURED         1885.00              .00        188.50
ROUNDUP FUNDING LLC      UNSECURED         2125.67              .00        212.57
KAPLAN & CHAET LLC       NOTICE ONLY     NOT FILED              .00           .00
PREMIER RECOVERY  INC    NOTICE ONLY     NOT FILED              .00           .00
PROVIDIAN                NOTICE ONLY     NOT FILED              .00           .00
RESURGENCE FINANCIAL LLC UNSECURED         2937.74              .00        293.77
RJM ACQUISITIONS         UNSECURED          331.41              .00         33.14
RMA                      NOTICE ONLY     NOT FILED              .00           .00
RJM ACQUISTIONS          NOTICE ONLY     NOT FILED              .00           .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED              .00           .00
LOUIS A WEISS MEM HOSPIT UNSECURED       NOT FILED              .00           .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT      210.00              .00        210.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY      2,200.00                       1,645.03
TOM VAUGHN               TRUSTEE                                           176.40
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                3,180.00

PRIORITY                                           210.00
SECURED                                               .00
UNSECURED                                        1,148.57
ADMINISTRATIVE                                   1,645.03
TRUSTEE COMPENSATION                               176.40
DEBTOR REFUND                                         .00
                       ---------------         ---------------
TOTALS                 3,180.00                  3,180.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 17731 PATRICIA A NJOKU
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 17731 PATRICIA A NJOKU